No. 85–5699.   WILSON *v.* SCHILLINGER ET AL.   C. A. 3d Cir. Motion of petitioner to grant the petition for writ of certiorari, vacate the judgment, and remand the case to the United States Court of Appeals for the Third Circuit for further consideration denied.

No. 85–6233.   SHEWCHUN *v.* UNITED STATES.   C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until March 17, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 85–851.   IN RE CARSON.   C. A. 6th Cir.   Petition for writ of common-law certiorari and/or mandamus denied.

No. 85–6142.   IN RE JOHNSON.   Petition for writ of habeas corpus denied.

No. 85–5921.   IN RE MURPHY; and
No. 85–6090.   IN RE BRAATEN.   Petitions for writs of mandamus denied.

No. 85–5971.   IN RE BARRITT.   Petition for writ of mandamus and/or prohibition denied.

No. 85–6141.   IN RE GREEN.   Petition for writ of prohibition and/or mandamus denied.

No. 85–732.   WESTERN AIR LINES, INC., ET AL. *v.* BOARD OF EQUALIZATION OF THE STATE OF SOUTH DAKOTA ET AL.   Appeal from Sup. Ct. S. D.   Probable jurisdiction noted.